1010

Emery E. GRAY, Appellant, v. UNITED STATES of America.

No. 10029.

Circuit Court of Appeals, Eighth Circuit.

April 17, 1935.

Lawrence E. Goldman and Frank R. Daley, both of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., George H. Hubbell, Asst. U. S. Atty., both of Kansas City, Mo., and Will G. Beardslee, Director, Bureau of War Risk Litigation, Wilber C. Pickett, Sp. Asst. to Atty. Gen., and Young M. Smith, Atty., Department of Justice, all of Washington, D. C., for the United States.

PER CURIAM.

Reversed, without costs to either party in this court, and remanded to District Court for trial, per stipulation of parties.

GUARANTY TRUST COMPANY OF NEW YORK, as Executor of the ESTATE OF James Gordon BENNETT, Deceased, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 281.

Circuit Court of Appeals, Second Circuit.

April 1, 1935.

Davis, Polk, Wardwell, Gardiner & Reed, of New York City (Marion N. Fisher, of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., and J. Louis Monarch and Helen R. Carloss, Sp. Assts. to Atty. Gen., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

GATESWORTH INVESTMENT CO., Appellant, v. Clifford AYRES et al.

No. 10292.

Circuit Court of Appeals, Eighth Circuit.

March 21, 1935.

Jacob M. Lashly and Arthur V. Lashly, both of St. Louis, Mo., for appellant.

Stern & Burnett, of St. Louis, Mo., for appellees.

PER CURIAM.

Petition for allowance of appeal from United States District Court denied.